# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

May 4, 2017

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

    Re:  Adeline Ekwebelem, aka Maduabuchi
          v. United States
          No. 16-9011
          (Your No. 15-50220)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on January 18, 2017 and placed on the docket May 4, 2017 as No. 16-9011.

Sincerely,

**Scott S. Harris**, Clerk

by

Melissa Blalock
Case Analyst